# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
August 14, 2018

Lyle W. Cayce
Clerk

No. 17-60644

AVA R. COLEMAN,

      Plaintiff - Appellant

v.

MISSISSIPPI DEPARTMENT OF MARINE RESOURCES,

      Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:16-CV-289

Before GRAVES and COSTA, Circuit Judges and BENNETT, District Judge.*

PER CURIAM:**

    Having heard oral argument and reviewed the parties' briefs and the record, we AFFIRM the judgment of the district court essentially for the reasons given in its thorough Memorandum Opinion and Order of September 12, 2017.

---

* District Judge for the Southern District of Texas, sitting by designation.

** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.